UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Derrick Allen
PLAINTIFF

Homeless
Address (No Post Office Boxes)

Washington, D.C. 20001
City         State      Zip Code

Case: 1:24-cv-00177 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/22/2024
Description: Pro Se Gen. Civ. (F-DECK)

VS.                                    CIVIL ACTION NO.

INDY Week, WRAL et. al.
DEFENDANT

Jury Trial: ☑ Yes  ☐ No

359 Blackwell St. # 200
Address (No Post Office Boxes)

Durham, NC 27701
City         State      Zip Code

## COMPLAINT

The First Amendment, "Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech..."

In re 98crs5208, 98crs5208, 98crs7980 [1:17-cr-00157-1] and North Carolina HB877,

Each attempt to communicate with any news reporter or media establishment has been unsuccessful especially with See, Next page

Derrick Allen
Original Signature (in pen)

Derrick Allen
Name (if applicable, Prisoner ID No.)

Homeless
Address or Facility Address

Washington DC 20001
City         State      Zip Code

Rev. 01/10/2023
*Use additional pages as needed

## Continuation of Compliant

regards to Constitutional Violation(s) and the abuse of powers of both State and Federal Courts in the state of North Carolina, in the Matter of all Civil Case(s) filed in the Middle and district Court of the Eastern DISTRICT OF NORTH Carolina, as it directly relates to the aftermath of 98CRS5208, 98CRS7980, and 98CRS7979 ; [1:17-CR-00157-1]. Judith A. FORTNEY IS NO Longer doling out CASH to I [DERRICK Allen], and I haven't Maintained or secured a home since released from prison. No Lawyer will Sue, but work diligently to set Me up