UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK ALLEN, | ) |
|       Plaintiff, | ) ) ) Civil Action No. 1:24-cv-00177 (UNA) |
| v. | ) ) |
| INDY WEEK, et al., | ) ) |
|       Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case are **DISMISSED** without prejudice, and it is further

**ORDERED** that plaintiff's motion for appointment of counsel, ECF No. 4, is **DENIED** as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: April 25, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge